IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERBY DEAN JACKSON, JR.**                                                                                      **PLAINTIFF**
*also known as* **Moshe Ariel Israel**
*also known as* **Moshe Aryeh Israel**

**v.**                                                                                      **CIVIL NO. 1:24-cv-00090-BWR**

**BURL CAIN, et al.**                                                                                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order Enforcing Settlement Agreement and Directing the Entry of Final Judgment, issued this date and incorporated herein,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** the settlement agreement reached between the parties on June 2, 2025, is valid and enforceable. The material terms of the settlement agreement are those stated on record by Magistrate Judge Robert P. Myers, Jr., in the transcript available at Doc. [104-1]. The parties are directed to abide by those material terms moving forward. The Court will retain jurisdiction over this case solely for the purpose of enforcing the terms of the settlement agreement in the event of a material breach by either party.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff Erby Dean Jackson, Jr.'s claims against all Defendants will be **DISMISSED WITH PREJUDICE** pursuant to the parties' settlement agreement.

**SO ORDERED AND ADJUDGED**, this the 25th day of July, 2025.

*s/* *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE